UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| EARL KENNON<br><br>Plaintiff,<br><br>v.<br><br>DEPCOM POWER, INC.<br><br>Defendant,<br><br>and<br><br>KOCH, INC.<br><br>Defendant,<br><br>and<br><br>VERMEER MANUFACTURING COMPANY d/b/a Vermeer Corporation<br><br>Defendant,<br><br>and<br><br>UNITED RENTALS, INC.<br><br>Defendant,<br><br>and<br><br>UNITED RENTALS (NORTH AMERICA), INC.<br><br>Defendant,<br><br>and<br><br>DOMINION ENERGY, INC.<br><br>Defendant, | ) | Removed from Court of Common Pleas, Pickaway County, Ohio |

| | |
|---|---|
| and | ) |
| | ) |
| DOMINION ENERGY SERVICES, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| DOMINION SOLAR PROJECTS VII, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ATLANTA FARMS SOLAR PROJECT, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOES (I-X) | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ABC CORPORATIONS (I-X) | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Vermeer Manufacturing Company ("Vermeer") removes this case from the Court of Common Pleas in Pickaway County, Ohio, the Court in which the above-referenced matter is now pending, to the United States District Court for the Southern District of Ohio, Columbus Division. The grounds for removal are as follows:

## **Nature of Action**

1. This action arises out of an incident occurring on March 23, 2023 in which Plaintiff alleges that a pile driver allegedly manufactured by Vermeer malfunctioned. (Ex. A (Plaintiff's Complaint) ¶23, 36).

2. Plaintiff served the Complaint on Vermeer's Registered Agent on February 3, 2025. (Ex. A, p. 1).

3. The Court of Common Pleas in Pickaway County, Ohio is located within the Southern District of Ohio, Columbus Division. This Court is the "district and division embracing the place where [the action to be removed] is pending." 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(a), Vermeer attaches copies of all process, pleadings and orders filed in the Court of Common Pleas in Pickaway County, Ohio. (Ex. B).

## **Timeliness of Removal**

5. Vermeer was served with the Complaint on February 3, 2025. (Ex. A).

6. This Notice of Removal is being filed within thirty (30) days after service of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

## **Consent to Removal**

7. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendants Depcom Power, Inc., Koch, Inc., United Rentals, Inc., United Rentals (North America), Inc., Dominion Energy, Inc., Dominion Energy Services, Inc., Dominion Solar Projects VII, Inc., and Atlanta Farms Solar Project, LLC consent to removal. (Ex. C-D, G-K). John Doe and ABC Corporation defendants are not considered for purposes of consent to removal. *See West v. Wells Fargo Bank*, N.A., No. 2:12-13572, 2013 U.S. Dist. LEXIS 62085, at *7 (E.D. Mich. May 1, 2013) (citing *Howell v. Tribune Entertainment*

*Co.*, 106 F.3d 215, 218 (7th Cir. 1997) (stating that naming a "John Doe" defendant does not defeat named defendants' right to remove)).

**Subject Matter Jurisdiction**

8. As explained more fully below, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441 because the amount in controversy exceeds $75,000, exclusive of costs and interest, and because there is complete diversity of citizenship between Plaintiff and the properly joined and served defendants.

**Amount in Controversy**

9. A defendant's notice of removal need only include a "plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) (citing 28 U.S.C. § 1446(a)).

10. "Where a plaintiff claims an unspecified amount in damages, a defendant seeking removal under diversity jurisdiction must demonstrate by a preponderance of the evidence that the amount in controversy exceeds the statutory threshold." *Naji v. Lincoln*, 665 Fed. Appx. 397, 400 (6th Cir. 2016). A defendant must show more than a possibility that the jurisdictional amount is satisfied, but need not show legal certainty. *Id.* at 401.

11. Plaintiff seeks damages in excess of $25,000. (Ex. A., p. 23-24). Plaintiff alleges that he was struck on the head and neck and suffered "catastrophic injuries." (Ex. A ¶38). He further alleges that he "suffered and sustained severe, debilitating personal injury and bodily damage; endured considerable physical pain and suffering, and mental and emotional anguish; incurred significant medical and hospital and related expenses; lost wages, earning capacity, and suffered other economic and non-economic injuries"; future loss of income and earning capacity; and future "extreme pain and mental anguish" and medical expenses. (Ex. A ¶¶46-49). He claims punitive

damages. (Ex. A ¶50 and p. 24). These allegations show that Plaintiff's likely damages claim exceeds $75,000.

12. Accordingly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**Diversity of Citizenship**

13. For purposes of diversity jurisdiction in federal courts, a corporation is deemed a citizen of "every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

14. According to Plaintiff's Complaint, Plaintiff is a resident of Pearland, Brazoria County, Texas. (Ex. A ¶1).

15. Depcom Power, Inc., is incorporated in Delaware and has its principal place of business in Arizona. (Ex. C (Affidavit of John Rather for Depcom Power, Inc.)).

16. Koch, Inc. is incorporated in Kansas and has its principal place of business in Kansas. (Ex. D (Affidavit of Jenny Cooley for Koch, Inc.)).

17. Vermeer is an Iowa Corporation with its principal place of business located in Pella, Iowa.

18. United Rentals, Inc. is incorporated in Delaware and has its principal place of business in Connecticut. (Ex. E (Delaware and Connecticut Business Registration Records)).

19. United Rentals (North America), Inc. is incorporated in Delaware and has its principal place of business in Connecticut. (Ex. F (Delaware and Connecticut Business Registration Records)).

20. Dominion Energy, Inc. is incorporated in Virginia and has its principal place of business in Virginia. (Ex. G (Affidavit of William H. Baxter II for Dominion Energy, Inc.)).

21. Dominion Energy Services, Inc. is incorporated in Virginia and has its principal place of business in Virginia. (Ex. H (Affidavit of William H. Baxter II for Dominion Energy Services, Inc.)).

22. Dominion Solar Projects VII, Inc. is incorporated in Virginia and has its principal place of business in Virginia. (Ex. I (Affidavit of William H. Baxter II for Dominion Solar Projects VII, Inc.)).

23. Atlanta Farms Solar Project, LLC is incorporated in Delaware and has its principal place of business in Virginia. (Ex. J (Affidavit of William H. Baxter II for Atlanta Farms Solar Project, LLC)).

24. "[T]he citizenship of defendants sued under fictitious names shall be disregarded" when determining whether a civil action is removable. 28 U.S.C. § 1441(b)(1); *Cotterman v. Quality Wood Treating Co.*, No. 2:04-cv-01008, 2005 U.S. Dist. LEXIS 61167, at *7 (S.D. Ohio Feb. 22, 2005) (citing *Alexander v. Elec. Data Sys. Corp.*, 13 F.3d 940, 948 (6th Cir. 1994)). Thus, the citizenship of John Does (I-X) and ABC Corporations (I-X) may be disregarded.

25. Pursuant to 28 U.S.C. § 1332(c)(1), full diversity exists among all parties in this action because Plaintiff is a citizen of Texas and Defendants are citizens of Delaware, Arizona, Kansas, Iowa, Connecticut, Virginia, and Missouri.

**Plea for Removal**

13. Because the amount in controversy exceeds $75,000.00 and full diversity exists between the parties, removal to this Court is proper under 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a).

14. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, by and through his attorney of record, and is being filed with the Clerk of Courts of the Court of Common Pleas for Pickaway County, Ohio.

WHEREFORE, Defendant Vermeer Manufacturing Company respectfully requests that the entire state court action currently pending in the Court of Common Pleas for Pickaway County, Ohio be removed to this Court for all further proceedings.

Respectfully Submitted,

Date: March 3, 2025

**Rawle & Henderson**

By:_____________
Jennifer L. Seme (#0080365)
Trial Counsel
The Henry W. Oliver Building
535 Smithfield Street, Suite 1000
Pittsburgh, PA 15222

***Counsel for Defendant Vermeer Manufacturing Company***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| EARL KENNON<br><br>Plaintiff,<br><br>v.<br><br>DEPCOM POWER, INC.<br><br>Defendant,<br><br>and<br><br>KOCH, INC.<br><br>Defendant,<br><br>and<br><br>VERMEER MANUFACTURING COMPANY d/b/a Vermeer Corporation<br><br>Defendant,<br><br>and<br><br>UNITED RENTALS, INC.<br><br>Defendant,<br><br>and<br><br>UNITED RENTALS (NORTH AMERICA), INC.<br><br>Defendant,<br><br>and<br><br>DOMINION ENERGY, INC.<br><br>Defendant, | ) | Removed from Court of Common Pleas, Pickaway County, Ohio |

| | |
|---|---|
| and | ) |
| | ) |
| DOMINION ENERGY SERVICES, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| DOMINION SOLAR PROJECTS VII, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ATLANTA FARMS SOLAR PROJECT, INC. | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOES (I-X) | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ABC CORPORATIONS (I-X) | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, I caused DEFENDANT VERMEER MANUFACTURING COMPANY'S NOTICE OF REMOVAL to be served via e-mail and U.S. Mail upon the following:

Romney B. Cullers (0053668)
Kristin E. Weinberg (0100850)
The Becker Law Firm
1111 Superior Avenue East, Suite 400
Cleveland, OH 44114
Tel: (440) 323-7070
Fax: (440) 323-1879

***Counsel for Plaintiff Earl Kennon***

Anthony C. Sallah
Barnes & Thornburg, LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503-2694
Tel: (616) 742-3976
Fax: (616)-742-3999
Anthony.sallah@btlaw.com

***Counsel for Defendants Depcom Power, Inc. and Koch, Inc.***

Kevin P. Foley (00059949)
200 Civic Center Drive
Suite 800
Columbus, Ohio 43215
Tel: (614) 232-2416
Fax: (614) 232-2410
kfoley@reminger.com

***Counsel for Defendants United Rentals, Inc. and United Rentals (North America), Inc.***

J. Thomas Nocar
65 East State Street
Suite 2500
Columbus, Ohio 43215
Tel: (614) 233-5182
Fax: (614) 221-5909
tnocar@hahnlaw.com

***Counsel for Defendants Dominion Energy, Inc., Dominion Energy Services, Inc., Dominion Solar Projects VII, Inc., and Atlanta Farms Solar Project, Inc.***

Dated: March 3, 2025

By: ____________________________

Jennifer L. Seme (#0080365)
Trial Counsel
RAWLE & HENDERSON
The Henry W. Oliver Building
535 Smithfield Street, Suite 1000
Pittsburgh, PA 15222
Tel: (215) 575-4313
Fax: (215) 563-2583

***Counsel for Defendant Vermeer Manufacturing Company***