UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Earl Kennon | : | |
| | : | |
| Plaintiff, | : | Case No. 1:25cv129 |
| | : | |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Depcom Power Inc., et al. | : | |
| | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment to the Southern District of Ohio, Eastern Division at Columbus.

IT IS SO ORDERED.

/S/Susan J. Dlott
Susan J. Dlott
United States District Court